UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G31000 NORTH AMERICA, INC., ALLEN GLUCK and ALEXIS DALI, | 14 CV 3885 ORDER FOR ADMISSION |
| Plaintiffs. | PRO HAC VICE |
| -against- | |
| CHRISTOPHER M. PARIS and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL LLC. | |
| Defendants. | |

The motion of William R. Wohlsifer, for admission to practicing Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Florida: and that his contact information is as follows.

William R. Wohlsifer
William R. Wohlsifer, PA.
1100 E. Park Ave. Ste. B
Tallahassee, FL 32301
(850) 219-8888

Applicant having requested admission Pro Hac Vice to appear for all purposes and counsel for CHRISTOPHER M. PARIS and OXEBRIDGE QUALITY RECOURSES INTERNATIONAL LLC. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ____ day of June, 2014.

_____
United States District / Magistrate Judge