AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14 CV 3885

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oxebridge Quality Rescouces International, LLC c/o Christopher M. Paris

was received by me on *(date)* 6-18-2014 .

☒ I personally served the summons on the individual at *(place)* 30600 Pauba Road, Temecula CA 92592
on *(date)* 6-19-2014 @ 1746hrs ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 125.00 for travel and $ _____ for services, for a total of $ 125.00 .

I declare under penalty of perjury that this information is true.

Date: 6-20-2014

Server's signature

Ashton Taylor
*Printed name and title*

PO Box 890642
Temecula CA 92589
Riverside County Reg #1466
*Server's address*

Additional information regarding attempted service, etc: