UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G31000 NORTH AMERICA, INC., ALLEN GLUCK and ALEXIS DALI, | 14 CV 3885 MOTION FOR ADMISSION |
| Plaintiffs. | PRO HAC VICE |
| -against- | |
| CHRISTOPHER M. PARIS and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL LLC. | |
| Defendants. | |

Pursuant to rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I William Wohlsifer hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for CHRISTOPHER M. PARIS and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL LLC. in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:
Respectfully Submitted by:

William R. Wohlsifer, Esquire
**WILLIAM R. WOHLSIFER, PA.**
1100 E Park Ave, Ste B
Tallahassee, FL 32301
(850) 219-8888
(850) 829-8174
William@wohlsifer.com