USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G31000 NORTH AMERICA, INC.,
ALLEN GLUCK and ALEXIS DALI,

Plaintiffs.

-against-

CHRISTOPHER M. PARIS and
OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL LLC.

Defendants.

14 CV 3885
ORDER FOR ADMISSION

PRO HAC VICE

The motion of William R. Wohlsifer, for admission to practicing Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Florida: and that his contact information is as follows.

William R. Wohlsifer
William R. Wohlsifer, PA.
1100 E. Park Ave. Ste. B
Tallahassee, FL 32301
(850) 219-8888

Applicant having requested admission Pro Hac Vice to appear for all purposes and counsel for CHRISTOPHER M. PARIS and OXEBRIDGE QUALITY RECOURSES INTERNATIONAL LLC. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this __8__ day of July, 2014.

_____
United States District / Magistrate Judge