## AFFIDAVIT OF RESIDENCY

PERSONALLY APPEARED before me, the undersigned Christopher M. Paris, who after being duly sworn upon her oath, deposes and says:

1. I am the person named as Christopher M. Paris, in the lawsuit styled <u>G31000 North America Inc., Allen Gluck, and Alexis Dali v. Christopher M. Paris and Oxebridge Quality Resources' International, LLC</u>, Case No. 1:14-cv-03885-VEC.

2. I am represented in the above-styled lawsuit by William R. Wohlsifer, Esquire, as my Attorney of Record. I can be contacted through my attorney, whose telephone number is (850) 219-8888.

3. I am older than eighteen (18) years of age and a citizen of the United States.

4. I make this Affidavit for the purpose of showing that I am domiciled and reside outside the jurisdiction of the District Court for the Southern District of New York.

5. I reside in Polk County, Florida.

6. I have presented my true and correct current Florida Driver License to the Notary Public signing below as proof of my residency.

7. I have consistently resided in Polk County, Florida, since __1999__.

8. I am not a resident within the Southern District of New York.

9. I do not consent to personal jurisdiction in the Southern District of New York.

10. I was not in, near, or visiting the Southern District of New York at any time material to the Plaintiff's complaint.

1

Exhibit "A."

11. I declare all of the aforementioned statements to be true under the penalty of perjury.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                  Christopher M. Paris

STATE OF __VIRGINIA__ }
~~COUNTY~~ CITY OF __LYNCHBURG__ }

The foregoing Affidavit of Residency was acknowledged before me this __8th__ day of July 2014, by an individual, who has produced a current Florida Driver License, and who did take an oath.

                                                Lawrence W. Mays
                                                Notary Public, State of ~~Florida~~ Virginia

[Notary Seal: LAWRENCE W. MAYS, NOTARY PUBLIC, REG. #205321, MY COMMISSION EXPIRES 1/31/17, COMMONWEALTH OF VIRGINIA]

2