**AFFIDAVIT OF PRINCIPAL PLACE OF BUSINESS**

PERSONALLY APPEARED before me, the undersigned Christopher M. Paris, owner of Oxebridge Quality Resources' International, LLC who after being duly sworn upon his oath, deposes and says:

1. I am Christopher M. Paris, owner of Oxebridge Quality Resources' International LLC, named in the lawsuit styled <u>G31000 North America Inc., Allen Gluck, and Alexis Dali v. Christopher M. Paris and Oxebridge Quality Resources' International, LLC</u>, Case No. 1:14-cv-03885.

2. Oxebridge Quality Resources' International LLC is represented in the above-styled lawsuit by William R. Wohlsifer, Esquire, as the Attorney of Record. The company can be contacted through its attorney, whose telephone number is (850) 219-8888.

3. I make this Affidavit for the purpose of showing that the principal place of business of Oxebridge Quality Resources' International LLC is outside the jurisdiction of the District Court for the Southern District of New York.

4. Oxebridge Quality Resources' International, LLC's principal place of business is in Tampa, Florida.

5. The principal place of business for Oxebridge Quality Resources' International LLC has been, Tampa, Florida, since ___2008___.

6. Oxebridge Quality Resources' International does not maintain an office within the Southern District of New York.

1

Exhibit "B"   

7. Oxebridge Quality Resources' International LLC does not consent to personal jurisdiction in the Southern District of New York.

8. I declare all of the aforementioned statements to be true under the penalty of perjury.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Christopher M. Paris for
Oxebridge Quality Resources' International LLC


STATE OF ~~VIRGINA~~ VIRGINIA }
~~COUNTY~~ OF LYNCHBURG }
CITY

The foregoing Affidavit of Residency was acknowledged before me this 8th day of July 2014, by an individual, who has produced a current Florida Driver License, and who did take an oath.

_____
Notary Public, State of ~~Florida~~ Virginia

[Notary Seal: LAWRENCE W. MAYS, NOTARY PUBLIC, REG. #205321, MY COMMISSION EXPIRES 1/31/17, COMMONWEALTH OF VIRGINIA]

2