

# WILLIAM R. WOHLSIFER, PA
*Attorneys at Law*

1100 East Park Ave Ste B
Tallahassee FL  32301

Telephone: 850-219-8888
Facsimile:   866-829-8174
infringement-attorney.com
_____

WILLIAM R. WOHLSIFER
_____

All Florida State Courts

U.S. District Court
Northern District of Florida

U.S. District Court
Middle District of Florida

U.S. District Court
Southern District of Florida

U.S. Bankruptcy Court Northern District of Florida

U.S. Bankruptcy Court
Middle District of Florida

Approved Mortgage Modification Mediator for the U.S. Bankruptcy Court Northern District of Florida

Florida Supreme Court Certified Circuit Civil Mediator

Florida Supreme Court Certified Appellate Mediator

Division of Florida Condominiums, Timeshares, and Mobile Homes Certified Dispute Mediator

Trained in Collaborative Law Practice

Member of the Florida Academy of Professional Mediators

Member of the Florida Bar Real Property, Probate and Trust Law Section

Licensed Florida Real Estate Broker
_____

July 9, 2014

The Honorable Judge Valerie Caproni
United States District Court
40 Foley Square
Room 240
New York, NY 10007

**Re: G31000 North America, Inc. et al. v. Christopher M. Paris et al.
Case No.: 14-CV-3885 (VEC)**

Dear Judge Caproni:

I am writing you to request an adjournment of time for the Initial Pretrial Conference set for July 11, 2014. As you know, the Corrected Motion to Appear Pro Hac Vice was only approved on July 8, 2014. No adjournment or extension of time has been previously requested. Defendant attempted to get adversary consent the parties were unable to come to an agreement.

In the interest of giving the parties time to draft this letter and the court one week in advance to review, defendant would request the Pretrial Conference be rescheduled for Wednesday July 16, 2014 or Friday July 25, 2014.


Sincerely yours,


William R. Wohlsifer, Esq.

Cc: Robert Garson, Esq.