Business Architecture - Business Architecture workshop with Roger Buriton, 20-22 Oct, London



**ISO 9001:2015 Users Discussion**

1,555 members    Join

Discussions    Promotions    Jobs    Members    Search

  Join the group to receive daily or weekly activity updates.

**Members of this Group**



**Group Glitch**
Christopher Paris

Search groups...

Pedro Silveira

+ Follow Christopher

the group settings configured to allow everyone to post freely, except for any profile that has been on LinkedIn for less than 3 days (to stop spam.) Still I see everything being moderated.

I manually went in and changed everyone to "approved to post" - let's see what that does.

Otherwise, I have no idea how to fix that. So if posts appear late, that's why.

   

See all members ›

**Your group contribution level**

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Like • Comment (4) • Share • Follow • 5 months ago

Getting Started

4 comments

**Ads You May Be Interested In**



Larry Caracciolo
Quality Manager (contract - pro tem) at Seattle Aero LLC. Providing clever solutions for stubborn problems.

BulletinBoard Research
Gain insights in less than a week. Contact us today to get started!

Larry

it was probably another undocumented and quickly-released LinkedIn enhancement. Like the one that dissolved the ability to view all my connections, easily, in sorted order.

Risk Management news
Trial Risk.net for financial risk management news & analysis

Like • Flag as inappropriate • 5 months ago



Christopher Paris
VP Operations at Oxebridge Quality Resources International LLC

Best Markup Firm
Slicing Designs into Quality Codes for 268 Clients in 38 Countries.

Christopher

==LinkedIn is a disaster, but it's making me money, so....==

Like • Flag as inappropriate • 5 months ago

**Latest Activity**



Philip Scalise
Quality System Administration and Development

 Michael Creamer joined a group: ISO 9001:2015 Users Discussion

Philip

It is happening in many discussion....by the way, congrats Chris happy for you and think you picked a great way to start a New Year. Very best to you both!



Unfiltered, user-based discussion on the development and implementation of ISO 9001:2015, the latest version of the international quality management system standard.

Like • Flag as inappropriate • 5 months ago



Jane Bennett
Quality Management Consultant; DIY ISO 9001 Kit author