**Alex Dali**

| | |
|---|---|
| From: | Christopher Paris <chris@oxebridge.com> |
| Sent: | Wednesday, February 26, 2014 2:54 PM |
| To: | Alex Dali |
| Cc: | Allen Gluck |
| Subject: | Re: G31000 and your postings |

I said "risk was inevitable" not confrontation. I chalk this up to your poor command of English.

When people, including yourself, posted corrections to my opinions, I not only acknowledged them, I thanked those responsible. But that was not enough for you.

In any event, this combative, childish response is the exact problem. So long as G31000 is in the hands of people who treat 31000 as antouchable truth incapable of being discussed rationally, and left best in the hands of only those who show slavish devotion, your organization will suffer.

==Your comments to me were very expensive. You are just not bright enough to realize it.==

Sent from the future with my iPad 7.