**Alex Dali**

| | |
|---|---|
| From: | Christopher Paris <chris@oxebridge.com> |
| Sent: | Wednesday, February 26, 2014 5:51 PM |
| To: | Alex Dali |
| Cc: | Allen Gluck |
| Subject: | Re: G31000 and your postings |

For Kevin knight to claim that his work on risk management standards in Australia and Canada saved those countries for economic problems is a false statement. In fact, it is an out right lie. He ignores the tremendous HIH scandal in order to make that argument.

For Peter Blokland to say that risk managers, including himself, are the reason for aviation safety improvements, is a false statement. Many elements have played into aviation improvements, not just risk managers.

The fact that you fixated on my comments, and did not ask Peter and others to justify their outlandish claims, shows your colors.

You yourself have posted an outright lie I. Order to sell G31000 by posting, under your feminine pseudo account Madeleine Leblanc, that risk is now "mandated for all management system standards." Yet as I pointed put, the Annex SL requirements are voluntary and may be ignored if a TC wishes, so they are not "mandatory." Perhaps you should moderate yourself.

If you seriously think I will be attending any G31000 courses, you haven't been paying attention. I intend on broadcasting your tactics to my audience, and steering them far from your classes. ==I intend on making sure this costs you money.==

Sorry, Allen, I was looking forward to meeting you. But with Alex at the helm, G31000 is just too toxic an environment for objective thinkers.

CP

Sent from the future with my iPad 7.