
Christopher

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC

Thank you for the correction. LinkedIn doesn't let me go back and edit the old posts, so your correction will have to do.

==Please be aware that we cannot know everything about everything before posting. So mistakes will slip through. You shouldn't attribute that to some nefarious scheme to "sharing false information." Consider it... a "risk" of operating a public forum. Risks are inevitable, after all... or so I am told.==

It remains true, however, that the TMB mandated a 31000-style approach to risk in all management system standards as part of Annex SL, through a process that was outside the TC's, and thus outside of the international consensus process.

It also remains true that the text of 31000 was derived from the Australian/New Zealand standard, and not originally developed by an international consensus body, but rather (based on your corrected information) voted and approved by consensus.

I am a rare bird that makes an important distinction between voting on something that someone else developed, and actual consensus development. A lot of folks within ISO see no difference.

But thanks for the clarification, it's nevertheless important.

Like · Reply privately · Flag as inappropriate · 2 months ago