From: Dr. Karen Hardy [mailto:drkarenhardy@yahoo.com]
Sent: Monday, June 30, 2014 6:02 PM
To: Alex Dall
Subject: Upcoming Training Event

-------- Original message --------
From: "Dr. Karen Hardy"
Date: 06/30/2014 11:55 AM (GMT-05:00)
To: Karen Hardy
Subject: Upcoming Training Event

Alex due to the negative context of the information posted in a blog that you brought to my attention, I will not be able to participate as a presenter at the training event.

Thank you for your consideration.

Karen Hardy

Sent from my Galaxy S3III