```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

G31000 NORTH AMERICA, INC.,
ALLEN GLUCK,
ALEXIS DALI,

                           Plaintiffs,

        -against-

CHRISTOPHER M. PARIS,
OXEBRIDGE QUALITY RESOURCES, INT'L, INC.,

                           Defendants.

-------------------------------------------------------------------X

14-CV-3885 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference was held in this matter on July 11, 2014, it is hereby

ORDERED:

Defendants shall respond to Plaintiffs' motion for a preliminary injunction no later than July 31, 2014.  Plaintiffs shall file their reply no later than August 7, 2014.

Plaintiffs shall file an amended complaint no later than August 1, 2014.  Defendants shall answer or otherwise respond to the First Amended Complaint 21 days after it is served.  Defendants' motion to dismiss the original complaint is DISMISSED as moot.  The Clerk of Court is respectfully requested to terminate docket entry 8.

**SO ORDERED.**

Date: July 11, 2014
      New York, New York

                                  **VALERIE CAPRONI**
                                  **United States District Judge**