**Full docket text:**

**\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR.** Note to Attorney Robert David Garson to RE-FILE Document [13] EMERGENCY MOTION for Temporary Restraining Order . Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. The Declaration in Support must also be filed separately, receiving its own document #. \*\*\*REMINDER\*\*\* - Motion for Temporary Restraining Order WAS NOT FILED. First file Motion, then file and link the 2 supporting documents. (db)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/23/2014 16:47:05 | | | |
| **PACER Login:** | wo0226 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:14-cv-03885-VEC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Exhibit "A"