

# WILLIAM R. WOHLSIFER, PA

*Attorneys at Law*

1100 East Park Ave Ste B
Tallahassee FL 32301

Telephone: 850-219-8888
Facsimile:  866-829-8174
infringement-attorney.com

WILLIAM R. WOHLSIFER

All Florida State Courts

U.S. District Court
Northern District of Florida

U.S. District Court
Middle District of Florida

U.S. District Court
Southern District of Florida

U.S. Bankruptcy Court Northern
District of Florida

U.S. Bankruptcy Court
Middle District of Florida

Approved Mortgage
Modification Mediator for the
U.S. Bankruptcy Court Northern
District of Florida

Florida Supreme Court Certified
Circuit Civil Mediator

Florida Supreme Court Certified
Appellate Mediator

Division of Florida
Condominiums, Timeshares,
and Mobile Homes Certified
Dispute Mediator

Trained in Collaborative Law
Practice

Member of the Florida
Academy of Professional
Mediators

Member of the Florida Bar Real
Property, Probate and Trust
Law Section

Licensed Florida Real Estate
Broker

July 31, 2014

The Honorable Judge Valerie Caproni
United States District Court
40 Foley Square
Room 240
New York, NY 10007

**Re: G31000 North America, Inc. et al. v. Christopher M. Paris et al.
Case No.: 14-CV-3885 (VEC)**

Dear Judge Caproni:

In compliance with Your Honor's July 11, 2014 Order [Dkt. 14] defendants filed a response to plaintiffs' motion for a preliminary injunction. Defendants' response filed on July 30, 2014 was ultimately removed for "deficient docket entry error" for no fault on the part of the defendants. Rather, it was removed because defendants' filing could not be linked to plaintiffs' July 10, 2014 filing [Dkt. 13] as it was removed from the record by the Clerk of Court.

Plaintiffs refiled on July 30, 2014 [Dkts. 17 & 18] after having received defendants' response, but the clerk also removed plaintiffs' filings as improper.

At the advice of the clerk the defendants re-filed their opposition as a "Response (non motion)" [Dkts. 18 & 19] and have linked it to Your Honor's July 11, 2014 Order [Dkt. 14].

I hope this meets Your Honor's approval.

Sincerely yours,

William R. Wohlsifer, Esq.

Cc: Robert Garson, Esq.