# Alex Dali

**From:** Christopher Paris <chris@oxebridge.com>
**Sent:** Wednesday, February 26, 2014 11:04 PM
**To:** Alex Dali
**Cc:** 'Allen Gluck'
**Subject:** Re: G31000 and your postings

Here's something else that is difficult to prove, difficult to deny.

==I have advised my aerospace client to seek Risk Management training from another provider. That just cost you, by my estimate, $67,500 in in-house training.==

I am furthermore pulling all the G31000 slides from my presentations, which are scheduled for seminars with NASA, USAF, US Marine Corps and numerous ASQ chapters across the country. That would have been free advertising for you, put in front of thousands.

Not any more. I cannot in good conscience put my clients and audience members in front of an organization that cannot answer the simplest questions about risk management without resorting to fantasy, and which treats its critics so incredibly poorly.

So you keep denouncing if your ego requires it. Eventually it will be all you have, since you are personally costing G31000 so much money. Hopefully you can cash in your ego at some point, to make up the difference.

CP


On 2/26/2014 12:58 PM, Alex Dali wrote:

> Christopher,
>
> About Kevin : Difficult to prove. Difficult to deny. We had this discussion before and Kevin's statement was heavily questioned. Nothing new.
> About Peter : It depends about your definition of risk management and the definition of "risk managers".
> Your comments : I denounce your comments on ISO TC 262 and the way ISO 31000 has been developed. My corrections of your statement are based on facts.
> TC : still all TC need to address the concept of risk, including explaining to the TMB why it does not apply to them and how they wish to deviate. It also means "addressing this requirements". It is mandatory, because TC cannot ignore it. An explanation is mandatory. This is not a lie !
>
> Shall I give you a call to explain why we try to moderate our discussions ?
> Regards
> Alex
>
>
> From: Christopher Paris [mailto:chris@oxebridge.com]
> Sent: Wednesday, February 26, 2014 5:51 PM
> To: Alex Dali
> Cc: Allen Gluck
> Subject: Re: G31000 and your postings

1