#35

**OXEBRIDGE** QUALITY RESOURCES INTERNATIONAL

Blog    Services ▾    Resources ▾    Champion Projects    Public Speaking ▾    About / Contact ▾    Get a Quote

EXHIBIT D

## LinkedIn Shutters G31000 Group, Alex Dali Profiles (UPDATED)
by OQRI | Mar 13, 2014 | News |    *still accessed 4/30/14*

The social network LinkedIn has cancelled the account of Alex Dali, President of the G31000 Global Institute of Risk Management Standards after it was discovered that his profile contained plagiarized works and at least one false employment listing. In addition, the...

## Parsing G31000: Verifying the Many Claims of Alex Dali (UPDATED)
by Christopher Paris | Mar 5, 2014 | Opinion |

With the recent discovery that Alex Dali, President of the G31000 Global Institute of Risk Management Standards, may be intentionally using a fake LinkedIn profile of an eyebrow model to promote his group, I started to review his claims and activities in greater...

## Risk Expert May Not Have Considered Risk of Creating Fake Internet Profile to Promote G31000 Group
by Christopher Paris | Feb 27, 2014 | Opinion |

Alex Dali, the President of G31000 Global Institute for Risk Management, an international organization dedicated to cashing in on promoting the ISO 31000 risk management standard through training seminars and personal certifications, has apparently failed to assess...

## CERM Academy Head Hutchins: "Alex Dali is Prescient"
by Christopher Paris | Mar 12, 2014 | Opinion |

In a weird risk-seller back-patting moment, the head of the CERM Academy congratulated the head of G31000 as being "prescient." Greg Hutchins, who operates the CERM Academy which provides unaccredited Certified Enterprise Risk Management certificates to...

## CERM Academy, VUCA, The Future of Quality and A Really Risky Drug Trip
by Christopher Paris | Mar 10, 2014 | Opinion |

So I've been through Greg Hutchins' Youtube video of the "The Future of Quality: Risk" as part of CERM Risk Insights Newsletter # 43, and it deserves some comment. Suffice to say, it's like a weird drug trip, where everyone is insisting...

## Apparently, Risk Management is Just Like Porn
by Christopher Paris | Feb 23, 2014 | Opinion |

(UPDATE: See below.) There's a fascinating debate going on over at LinkedIn, in the ISO 31000 forum. Here's the link, although I suggest you scroll through to the end and work backwards, because the back-and-forth between risk advocate Peter Blokland,...

---


LinkedIn Shutters G31000 Group, Alex Dali Profiles (UPDATED)
March 13, 2014


CERM Academy Head Hutchins: "Alex Dali is Prescient"
March 12, 2014


Upcoming Oxebridge Speaking Events
March 12, 2014


CERM Academy, VUCA, The Future of Quality and A Really Risky Drug Trip
March 10, 2014


AS9100 Configuration Management for the Small Machine Shop
March 5, 2014


Perry Johnson Registrars Jumps Into SN9001 Fiasco
March 5, 2014


Parsing G31000: Verifying the Many Claims of Alex Dali (UPDATED)
March 5, 2014


[Sticky] Down the Rabbithole: Following Two CB Complaints
March 5, 2014


LRQA is Just Following the Same Old CB Script
March 3, 2014


LRQA Blacklists Oxebridge Emails, Complaint Now In Hands of UKAS
March 3, 2014