

EXHIBIT E

Sujet: RE: ISO 31000 article-Safety and human factors
De : Francesca Broadbent <Francesca.Broadbent@britsafe.org>
Date : 12/04/2012 18:16
Pour : Alex-G31000 <Alex.Dali@G31000.org>

Alex – I wasn't sure whose name to put, so since most of the content came from you, have used yours. If you dislike this, please let me know

Thank you very much for all your help and see attached

Best wishes

Francesca

---

**From:** Alex-G31000 [mailto:Alex.Dali@G31000.org]
**Sent:** 10 April 2012 15:39
**To:** Francesca Broadbent
**Subject:** Re: ISO 31000 article-Safety and human factors

Here is a quick input.

Cheers
Alex

Le 10/04/2012 16:13, Francesca Broadbent a écrit :
Hello Alex

This is how we are looking so far (attached).

Would you able to help with the block in red?

Is that ok?

Best wishes

Francesca

---

**From:** Alex Dali [mailto:dali@atlascope.com]
**Sent:** 10 April 2012 13:02
**To:** Francesca Broadbent
**Cc:** alex.Dali@G31000.org
**Subject:** Re: ISO 31000 article-Safety and human factors

Hello Francesco,

Here are a few words about the conference :

------------------------
The First International conference on the ISO 31000 Risk Management Standard presents a panel of leading speakers; to be held in Paris, France 21./22. May 2012. A discount of 10% using the priority code L10A66 is offered during registration at http://www.G31000conference2012.org
------------------------
Looking forward to read your article.
Best regards
Alex