# Alex Dali

| | |
|---|---|
| From: | Christopher Paris <chris@oxebridge.com> |
| Sent: | Thursday, March 6, 2014 4:17 PM |
| To: | Alex Dali |
| Cc: | 'Allen Gluck' |
| Subject: | Re: Plagiarism-Francesca email |

Your quote below is interesting. In order to avoid assumptions, you may want to ANSWER questions when they are asked. For instance, perhaps you can answer the question I already asked you, plus a few more:

- For which universities have you acted as an "invited professor"? (Asking a 2nd time)
- How do you explain the plagiarism in your "Piracy in the Malacca Straight" paper?
- How do you explain that the ISBN numbers in the documents listed in your LinkedIn profile come up as "no book found" in an ISBN search?
- Have you ever been published by a third party, even in a magazine or journal? (I am discounting the plagiarized Insurance Thought Leadership article)
- Other than having worked for consultancies like Atlascope, what practical experience in risk management do you have?
- You claim, "the G31000 global platform has the largest, and the most broad-based organization of its kind in the world growing by 500 new members per month." Can you provide evidence of this? Can you prove that you have more members than RIMS or RMA, thus making you "the largest"?
- You claim G31000 is a non profit organization. Can you provide official paperwork that it is registered as such?
- In one of your biographies, it indicates you have worked for Formascope for 15 years. However, Formascope was only founded 10 years ago, and your CV indicates you have only been there for a few years. How do you account for this disparity?
- Your LinkedIn profile for G31000 claims that the organization has "10,001+ employees." This is apparently not true. How many employees does G31000 have, and why are the numbers different?
- Is Madeleine LeBlanc a real person, or are you posing as her? If so, why? How do you explain that the LinkedIn account for Leblanc appears to be fake and uses a photo of a makeup model?

Your responses may be published.

CP

On 3/5/2014 4:02 PM, Alex Dali wrote:

> Chris,
>
> I am pleased to read that you have notified Francesca because I lost contact with her since 10 April 2012 after our great collaboration on this article.
> Could you send me her email ?
> Thank you very much.
> Alex
>
> PS : A nice quote for you to meditate :
> "If others tell us something we make assumptions, and if they don't tell us something we make assumptions to fulfill our need to know and to replace the need to communicate. Even if we hear something and we don't understand we make assumptions about what it means and then believe the assumptions. We make all sorts of assumptions because we don't have the courage to ask questions."
> – Miguel Ruiz, *The Four Agreements: A Practical Guide to Personal Freedom*
>
> From: Christopher Paris [mailto:chris@oxebridge.com]
> Sent: Wednesday, March 5, 2014 5:36 PM
> To: Alex.Dali@G31000.org

1

Cc: Allen Gluck
Subject: Plagiarism

Alex

I have just uncovered what appears to be a gross case of plagiarism on your part. You are credited with writing the article below, but this was cut and pasted from an article written by Ms. Francesca Broadbent of the British Safety Council, published in their May 2012 edition of Safety Management. Your article not only fails to mention Ms. Broadbent, but lists you as the author.

http://www.insurancethoughtleadership.com/articles/understanding-and-managing-risk-help-from-iso-31000-risk-management-standar#axzz2v6TA57sk

Feel free to comment. Your comments may be published.

I have notified Ms. Broadbent and the Insurance Thought Leaders website for their comments and to make the suitable correction.

I have also been unable to confirm your role as "invited professor" at any educational institution. If you can provide a reference to support this claim, it would be welcome.

--

Christopher Paris
VP Operations
chris@oxebridge.com

Quality Resources International LLC

**Oxebridge Quality Resources International LLC**
North America:
1503 South US Highway 301
Suite 36
Tampa, FL 33619 USA
Ph: 863-651-3750
Fax: 407-386-6410

South America:
Edificio Tempus
Av. Santo Toribio 103 - 117
San Isidro, Lima 27 PERU
Telf.: 659-7984
Cel. RPC: 953-710-915
Cel. Claro: 994-793-828
Skype: Oxebridge.Peru

Subscribe to The Oxebridge Report - Signup here

www.oxebridge.com

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4577 / Virus Database: 3931/7436 - Release Date: 05/03/14