

## But Wait There's More

It's hardly over for G31000. I am getting inundated with emails with new evidence and documents about the group, all of which raise more questions on their ethics and exaggerations.

We have now learned that at least four of the alleged "partners" listed on the G31000 website never agreed to be listed. These are Coherent Advice, MashNetworks, Alarm UK and CIR. (Alarm UK has since been de-listed, but the others remain on the site.) We will update this report as we learn the status of the rest of the alleged "partners." The use of these companies' trademarked logos would be in violation of international trademark law as well, and false misrepresentation. This does seem to be a common habit with unaccredited certificate mills (see here, here and here, for starters.)

Meanwhile, over at Manhattanville College, the website material for Alex Dali and the College's risk center has been scrubbed, after we escalated the complaint over the head of Dean of Graduate Studies Dr. Anthony Davidson to the College's President, Dr. Jon Strauss. Whereas Dr. Davidson – a G31000 speaker with ties to the organization — alleged the claims made against G31000 we all false, apparently someone else at Manhattanville thought otherwise. We pointed out that the risk center's Advisory Council featured a number of people who no longer wanted any ties to Dali or G31000, or who had never agreed to be on the Council to begin with, and even gave the President the contact information so the College could verify this, something Dr. Davidson didn't bother to do before siding with Dali. We also pointed to disparities in Dali's biography profile on the Manhattanville site, which repeated some of the unverified claims he's made elsewhere. Given Dr. Davidson's personal investment in G31000 and their coming NYC international conference, it's unlikely the college will cut ties with them, but it is interesting to see them apparently put some distance between them and Alex Dali, at least in their marketing.



Dr. Anthony Davidson

We are also investigating how G31000 can offer "14 Continuing Professional Education credits" to those that take their classes, since the course is not accredited and it is not listed with any accreditation body for CPE, CPD or CE credits. That's not demonstrative of much, since anyone issue CPE credits for anything, but accreditation of the course ensures the credits carry over as needed, aren't confused with actual educational Continuing Education Unites (CEUs) and aren't just diploma mill credits.

Then there is the US Federal Trade Commission and New York Attorney General investigations, as to whether the many exaggerated and/or fabricated claims of G31000 have risen to the level of false advertising and consumer fraud, as well as whether the fee structure under which G31000 charges students and trainers is, in fact, a pyramid scheme. To emphasize: we are just reviewing this angle at this time, and will ultimately let the FTC, Attorney General or other authorities decide.

Finally, just to get inside the head of Alex Dali, consider this document (PDF - 2.1 MB), apparently representing an early business model for the first ISO 31000 International Conference, where G31000 would have **charged speakers thousands of dollars** to present, rather than going the traditional route and **paying** them, or at least offering them free conference