

# Manhattanville COLLEGE
## SCHOOL OF BUSINESS



EXHIBIT H

Faculty And Course Evaluation

Faculty Member's Name: Allen Gluck
Course Title: Managing Risk
Course #: MGPS 5020
Term: Spring 2014
Room: Brownson Hall Room #130

*This evaluation is used to help improve the effectiveness of the programs offered by theSchool of Business.*

### Faculty Effectiveness

*To what extent do you agree with the following statements about the effectiveness of the faculty member?* (Please circle the appropriate number.)

1 –Strongly Agree   2 –Agree   3 –Neither Agree nor Disagree   4 –Disagree   5 –Strongly Disagree

| | | | | | |
|---|---|---|---|---|---|
| 1. Makes purpose and objectives of course clear | 1 (7) | 2 (0) | 3 (0) | 4 (0) | 5 (0) |
| 2. Makes overall organization of course clear | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 3. Makes course requirements and assignments clear | 1 (6) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 4. Makes factors in determining grades clear | 1 (6) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 5. Comes prepared to teach | 1 (6) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 6. Presents material clearly and effectively | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 7. Uses audio/visual and/or case study material effectively | 1 (6) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 8. Assigns relevant term papers and projects | 1 (7) | 2 (0) | 3 (0) | 4 (0) | 5 (0) |
| 9. Uses class time effectively | 1 (6) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 10. Stimulates interest in and enthusiasm for content of course | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 11. Stimulates students to share information and experience | 1 (4) | 2 (3) | 3 (0) | 4 (0) | 5 (0) |
| 12. Grades impartially | 1 (7) | 2 (0) | 3 (0) | 4 (0) | 5 (0) |
| 13. Shows appropriate interest in and concern for students | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 14. Is accessible to students in and out of class | 1 (7) | 2 (0) | 3 (0) | 4 (0) | 5 (0) |
| 15. Fulfills course objectives | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 16. Equal to or better than other Manhattanville instructors | 1 (4) | 2 (2) | 3 (1) | 4 (0) | 5 (0) |
| 17. Overall, an effective instructor | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |

Comments about faculty effectiveness:
- Great teacher.
- He was a good professor.
- He is clear and effective. He brings a lot of real stories.
- Great teacher, very experienced and knowledgeable.
- Very knowledgeable in the topic and great explaining.



## SCHOOL OF BUSINESS

Course Evaluation

*How satisfied were you regarding the following course factors?*

1 –Strongly Agree   2 –Agree   3 –Neither Agree nor Disagree   4 –Disagree   5 –Strongly Disagree

| | | | | | |
|---|---|---|---|---|---|
| 18. Class preparation requirements | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 19. Difficulty of course related to your ability and preparation | 1 (2) | 2 (4) | 3 (1) | 4 (0) | 5 (0) |
| 20. Difficulty of course related to other courses in your program | 1 (3) | 2 (1) | 3 (3) | 4 (0) | 5 (0) |
| 21. Pace of instruction | 1 (5) | 2 (1) | 3 (1) | 4 (0) | 5 (0) |
| 22. Class participation requirements | 1 (5) | 2 (2) | 3 (0) | 4 (0) | 5 (0) |
| 23. Workload (readings, papers, team projects) | 1 (5) | 2 (1) | 3 (1) | 4 (0) | 5 (0) |
| 24. Fulfillment of course objectives | 1 (5) | 2 (1) | 3 (0) | 4 (0) | 5 (0) |
| 25. Value of course in increasing your interest in the course subject | 1 (3) | 2 (3) | 3 (1) | 4 (0) | 5 (0) |
| 26. Value of course in meeting the objectives of your degree/certificate program | 1 (4) | 2 (3) | 3 (0) | 4 (0) | 5 (0) |
| 27. Value of course in meeting your personal goals | 1 (3) | 2 (2) | 3 (2) | 4 (0) | 5 (0) |
| 28. Value of course in meeting your professional goals | 1 (5) | 2 (0) | 3 (2) | 4 (0) | 5 (0) |
| 29. Overall satisfaction with the course | 1 (3) | 2 (4) | 3 (0) | 4 (0) | 5 (0) |

Would you recommend this course to others  _6_ Yes  _0_ No

Comments about the course:
- Great class!
- I would recommend *"reading the text"* or *"doing the test"* on the final day not during the semester.  *(NOTE to Prof. Gluck: we were unable to clearly decipher the student's hand writing on this comment.  Hopefully you know what is meant.)*
- Very Interesting.
- Good course, good teacher.