Home | Profile | Network | Jobs | Interests | Search groups... | Add Connections | Business Services | Upgrade

3M VHB Tape Trial Offer - VHB tape replaces welds and rivets. Durable and strong. Learn more today.

## ISO 9001:2015 Users Discussion

Discussions | Promotions | Jobs | Members | Search

Join the group to receive daily or weekly activity updates.

**G31000 Risk Management Group -- Total Fraud?** Manager's Choice

Christopher Paris
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

It seems the G31000 Global Institute for Risk Management Standards, and organizer of the International ISO 31000 Conference, is a scam, operated by a charlatan.

Prompted by the discovery that G31000's President Alex Dali is using a fake LinkedIn profile (featuring the photo of an eyebrow model) to promote his LinkedIn page, I began investigating. It seems that on two occasions, Mr. Dali openly plagiarized works and then took credit for them as his own publications on risk management; in one case, he copied the entire article, and just put his name on it. All attempts to verify his credentials in risk management have come up empty, and he has refused to confirm any of his claims. He claims he is an "invited professor" for a number of universities, but will not reveal which, and one university I contacted said that he has never taught anything there.

For the full pattern of deception, see this, which includes examples of his plagiarism:

http://www.oxebridge.com/emma/?p=2668

and this on the fake LinkedIn profile he is using:

http://www.oxebridge.com/emma/?p=2628

I also am beginning to talk with some individuals who have knowledge of the development of the G31000 "certified risk manager" courses, and discovering that the material itself may not even comply with ISO 31000, and therefore the certifications are suspect. G31000 is not accredited to ISO 17021, so the training classes are unaccredited; attendees do not even need to take an exam, if they choose not to.

I would post this in his risk management group, but he has added me to the list of people he censors.

It is important that ISO 9001 practitioners do thorough research on providers of any risk management certifications, or conferences, before spending any money. We are entering a period where any idiot will claim to be a "risk management expert" just because of ISO 9001:2015 and ISO 31000.

Caution, everyone.

G31000 trainers are welcome to respond here.

Like (5)   Comment (39)   Share   Follow   1 month ago

Comments

Hans Wieland, David Phillips and 3 others like this

39 comments   Jump to most recent comment

**Philip Scalise**
Quality System Administration and Development

I am not a G31000 trainer or an expert on any subject for that matter. After reading the Oxbridge articles I chuckled some in realizing that I have talked with Alex on occasion and have even contributed in G31000 discussions. That said, I do not presume to know much else.

I would however like to take this opportunity to announcing my upcoming training and certification programs in preparation for ISO 9001:2015 entitled

### Top Contributors in this Group

Christopher Paris
VP Operations at Oxebridge Quality Resources International LLC
Follow Christopher   See all members

### Your group contribution level

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Getting Started

### Ads You May Be Interested In

**Live in Downtown Boston**
Brand new apartments at The Kensington. Next To T. Move In Now

**CFO Rising West**
Join 200+ finance professionals on October 21 & 22, San Francisco 2014

**Security Awareness Course**
Protect your Network with Kevin Mitnick Security Awareness Training

### Latest Activity

Charles Scalies likes a discussion in ISO 9001:2015 Users Discussion.
Christopher Paris ISO 9001 changes: not so significant after all (imago) (Read the article first, please.) Seems some folks are fibbing about the severity of changes in 9001. See why. ISO 9001:2015 Changes At a Glance - Not So Significant? The changes to ISO 9001:2015 are not so significant after all, as this simple visual reveals.
31m ago

Blessing Ejarune, Sian Murphy, and 2 others joined a group

"Certificarl Expert Suite" ▾  Search groups..

Home  Profile  Network  Jobs  Interests
Like (1)  Flag as inappropriate  1 month ago
Hans Wieland likes this



**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

Christopher  Deeper and deeper. Alex Dali claims he is Managing Partner at Formascope. The founder and president of Formascope just wrote me to tell me he has never heard of Alex Dali, and that he has never worked for the company.

Like  Flag as inappropriate  1 month ago



**Hans Wieland**
Senior Advisor Management/Risk Assessor/Lead Auditor at RIVM National Institute for Public Health and the Environment

Hans  A charlatan is one who pretends to possess knowledge he or she lacks. From the 16th century Italian ciarlatano "a quack," the usage of charlatan has not shifted much. Other words for charlatan are impostor, cheat, or pretender. Charlatans are marked by the elaborate schemes they cook up. Russian playwright Anton Chekhov said, "No psychologist should pretend to understand what he does not understand...Only fools and charlatans know everything and understand nothing."
Chris, it's that what you show us? The Emperor without clothes? How about the Empress?

Like  Flag as inappropriate  1 month ago



**Hans Wieland**
Senior Advisor Management/Risk Assessor/Lead Auditor at RIVM National Institute for Public Health and the Environment

Hans  My "cross of honor":
Your group posting status
Your posts across groups are being moderated temporarily because one of your recent contributions was marked as spam or flagged for not being relevant.

Like  Flag as inappropriate  1 month ago



**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

Christopher  Hans, you received that from the G31000 group?

Like  Flag as inappropriate  1 month ago



**Dr. M. Rouzbeh**
General Secretary at Iranian Society for Quality

Dr. M.  I had joined that group on invitation of Alex Dali not knowing him. Soon I find ISO 31000 is what Alex Dali is fixated on & thinks of himself as THE expert on the subject. So, I was the one who left the group which I find out could not possibly add any value to anybody. The thing that surprises me is why so many members do not leave that group sooner rather than later? He is taking credit for the sheer number of people he has been able to attract to his group, & frankly I don't see why innocent people should go on contributing to the obvious charlatanism.

Like  Flag as inappropriate  1 month ago



**Hans Wieland**
Senior Advisor Management/Risk Assessor/Lead Auditor at RIVM National Institute for Public Health and the Environment

Hans  Yes Chris, I received that message from G31000 right after posting a critical comment with a link to your specific Oxbridge site. As a consequence and punishment they also kicked me out of the group by now ;)

Like  Flag as inappropriate  1 month ago



**Tommaso Palmitesta**
Propietario-Director en TOP Quality Consulting

Tommaso  Maybe Alex Dali inherited genes from Salvador Dali the well known surrealist painter, who was also a showman, but at least his paintings were not fakes!

Like  Flag as inappropriate  1 month ago

**Philip Scalise**
Quality System Administration and Development

---





Add Connections  Business Services  Upgrade
ISO 9001:2015 Users
Invite your contacts
has been established
Quickly find people you may know by searching
controlled, sometimes
your email contacts.
censored, discussions
of ISO 9001:2015, in
order to provide a
safe place for users of
the standard to voice
their concerns,
experiences and
praise of ISO 9001
without suffering the...
2h ago

Dr. M. Rouzbeh commented on a discussion in ISO 9001:2015 Users Discussion. Michael V. ISO 9001 and risk Can anyone please explain to me how ISO 9001:2015 is going to integrate nicely with ISO 31000, ISO 14001, and dare I go there ISO 26000? I always thought that Risk management was the framework from... more
2h ago

See all activity

About | Feedback | Privacy & Terms

LinkedIn Corp © 2014

