EXHIBIT M

Search for people, jobs, companies, and more... | Advanced

Home | Profile | Network | Jobs | Interests | Business Services | Upgrade

# # 56

Are You A Thought Leader? - Share your C-level business experiences with growing executives. Learn how.

## ISO 31000 - Risk Management

3,147 members | Join

Discussions | Promotions | Jobs | Members | Search

Join the group to receive daily or weekly activity updates.

### Update on G31000 LinkedIn group (closed)

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

It appears the G31000's LinkedIn group on ISO 31000 was shut down by LinkedIn. So this group can probably expect to receive it's former members.

The group's moderator was reported for having at least one, if not two, fake profiles with false information and plagiarized publications. His account was deleted by LinkedIn, and it appears his group was cancelled with him.

Unfollow Christopher

I am posting this only because a lot of people are going to be asking.

Like (2) • Comment (6) • Share • Follow • 5 days ago

### Top Contributors in this Group

Steven M.
Quality and Compliance Manager at DigiPlex Group Services Ltd, Vice Chair, IoD South Yorkshire Branch
Follow Steven
See all members ▸

### Your group contribution level

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Getting Started

## Comments

Ion Iordache, Peter Smith like this

6 comments

**Marius du Plessis**
Risk Analyst/Freelance Trainer

Thanks Christopher for the update. Sad news for +33K members

Like (1) • Flag as inappropriate • 4 days ago

Stella Aku Attakpah (MSc SRM) likes this

**Beulah Misrole**
Provincial Chief Risk Officer — Department of the Premier (DotP)

Dear Christopher

This is pretty serious allegations'. Is it factual and why does LinkedIn not post an official notice in this regard. An even more serious concern is that no one seems to question what you are claiming.

LinkedIn, please we are professionals, I hope. Kindly post an official notification.

Like (2) • Flag as inappropriate • 3 days ago

Sezen Sarbay Filiz, PMP, Stella Aku Attakpah (MSc SRM) like this

**Stella Aku Attakpah (MSc SRM)**
Principal Programme Officer at GIABA

thanks for sharing the news

Like • Flag as inappropriate • 2 days ago

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

LinkedIn does not comment on account closures nor does it monitor these groups to answer your

### Latest Activity

Diego San Esteban Asesor en Estrategias & Tecnologia started a discussion in ISO 31000 - Risk Management. Gestionar tu Segundad por los Riesgos Asociados a los Procesos http://san-esteban.com/2014/03/05/workshop-intensivo-clasificacion-de-activos-y-analisis-de-riesgos-27-de-marzo/

Workshop Intensivo: Clasificación de Activos y Análisis de Riesgos... 7ma Edición !! Gestionar tu Seguridad por los Riesgos Asociados a los Procesos y Como convertir los riesgos de tecnologia en Riesgos Operacionales de Tecnologia Ejes

question, Beulah.

The details of the Alex Dali and G31000 scandals have been well documented elsewhere, and I didn't want to pollute this group with a reporting of it all. Check the ISO 9001:2015 Users Discussion forum here on LinkedIn.

Like • Flag as inappropriate • 2 days ago


Stella Aku

**Stella Aku Attakpah (MSc SRM)**
Principal Programme Officer at GIABA

Well thanks for the update, However, this is strange because some of us found the exchanges very useful... and at least the ISO31000 Conference in Paris was very very useful and practical... so if the group leader was sharing useful information with the group, I am not sure why shut him out together with the group members... but well thanks for letting us know the latest on this story.

Like • Flag as inappropriate • 2 days ago


Christopher

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

I am sure another, more reputable group will launch an ISO 31000 conference, and perhaps at a lower entrance fee.

Like (1) • Flag as inappropriate • 2 days ago

👍 Stella Aku Attakpah (MSc SRM) likes this



Add a comment...

☑ Send me an email for each new comment.     [Add Comment]

---

centrales de este Workshop La b...
1h ago


Emma Downey started a discussion in ISO 31000 - Risk Management. Time Management Tips and Tricks - Free PDF Download this PDF and learn how to make every second count with less stress! Grab it here: http://trademagsource.com/pdf/318/w_c Inside you will learn: - How to schedule your time - What... more
2h ago

 
Emma Downey and Tinashe Manungo joined a group: ISO



31000 - Risk Management ISO 31000 Risk Management Group provides information on this new standard. Users of this group exchange feedback on the implementation of this standard in their organization. Exchange about methodology, process and tools used to conduct the risk...
2h ago

See all activity ›

About | Feedback | Privacy & Terms

LinkedIn Corp. © 2014

---

 **Earn a Master Black Belt**
Lean Six Sigma Certification online and live at The Ohio State University ›

 **Own a Small Business?**
Appear on Google Maps. It's easy, fast & free. ›
Get on the map!

Ads You May Be Interested In

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account
LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback