**MEMO ENDORSED**

# GS2LAW
Garson, Segal, Steinmetz, Fladgate LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/4/2014

<u>Partners</u>
Robert Garson ◊
Thomas Segal ˆ
Michael Steinmetz ∝ *
Chris Fladgate °
Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
∝ Patent Bar
° Victoria (Australia)
∇ Israel

<u>Of Counsel</u>
Stephen Greenwald
Timothy Kendal ◊
Ilan Ben Avraham ∇
John Lane ∝

Tel:  +1 (212) 380-3623
Fax: +1 (347) 537-4540

Email: rg@gs2law.com

Hon. Valerie E. Caproni,
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1312                                            August 4, 2014
By Email to: CaproniNYSDChambers@nysd.uscourts.gov

Re: <u>*G31000 North America, Inc. et al v. Paris et al*, 1:14-cv-03885-VEC</u>

Dear Judge Caproni,

We represent G31000 North America, Inc., Allen Gluck and Alexis Dali ("Plaintiffs") in the above-referenced case. We submit this letter motion to request permission to re-file the First Amended Complaint and exhibits which were timely filed on August 1, 2014 pursuant to the Order of the Court (Docket 22) but was rejected by ECF on the basis that the "All Defendants" button was clicked rather than the individual defendant boxes being checked on the system.

We were advised by ECF that we must seek the consent of opposing counsel or the Court and attach such consent to the filing. In response to an email request, opposing counsel declined to give his consent, therefore we ask for consent of the Court to re-file the First Amended complaint and Exhibits .

Respectfully submitted

*[signature]*

Robert Garson, Esq.

Cc: William Wohlsifer (email)

Request GRANTED.  Counsel shall re-file the Amended Complaint no later than August 5, 2014.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
August 4, 2014

164 West 25th Street, Suite 11 R, New York, NY 10001
www.GS2Law.com