#67

EXHIBIT A

# Alex Dali

**From:** Christopher Paris <chris@oxebridge.com>
**Sent:** Wednesday, February 26, 2014 5:51 PM
**To:** Alex Dali
**Cc:** Allen Gluck
**Subject:** Re: G31000 and your postings

For Kevin knight to claim that his work on risk management standards in Australia and Canada saved those countries for economic problems is a false statement. In fact, it is an out right lie. He ignores the tremendous HIH scandal in order to make that argument.

For Peter Blokland to say that risk managers, including himself, are the reason for aviation safety improvements, is a false statement. Many elements have played into aviation improvements, not just risk managers.

The fact that you fixated on my comments, and did not ask Peter and others to justify their outlandish claims, shows your colors.

You yourself have posted an outright lie I. Order to sell G31000 by posting, under your feminine pseudo account Madeleine Leblanc, that risk is now "mandated for all management system standards." Yet as I pointed put, the Annex SL requirements are voluntary and may be ignored if a TC wishes, so they are not "mandatory." Perhaps you should moderate yourself.

If you seriously think I will be attending any G31000 courses, you haven't been paying attention. I intend on broadcasting your tactics to my audience, and steering them far from your classes. I intend on making sure this costs you money.

Sorry, Allen, I was looking forward to meeting you. But with Alex at the helm, G31000 is just too toxic an environment for objective thinkers.

CP

Sent from the future with my iPad 7.

On Feb 26, 2014, at 9:39 AM, "Alex Dali" <alex.dali@g31000.org> wrote:

> Christopher,
> I am perfectly aware that my English is not perfect and could lead to misunderstandings.
>
> Same with me : When people refer to your challenging opinions, I not only acknowledged them, I welcome them and repeat them, quoting you. But it seems that you did not see them.
>
> You decision to leave the group when you are confronted with many different opinions is problematic.
>
> I was advising you to create a new discussion to open the discussion at a higher level and avoiding to "pollute" the initial posting with side topics.
> These "side topics" deserve their own discussions... you probably do not realize that I am enhancing your provocative thoughts, which are very often left unanswered...

In the last 5 years of the ISO31000 LinkedIn group, we had only out-of-the-box discussions. Every single words, sentences, concepts of ISO31000 has been questionned and debated. See our user guide : http://goo.gl/ws8Ck
It is therefore totally incorrect to say G31000 is in the hands of people who treat 31000 as antouchable truth !

As said, I am sorry if you have been banned, censored, harassed, threatened and even sued by TC 176 people or their fans....it is certainly not the way to advance thinking in any field, also not our way of thinking.

From my point of view, you have crossed the lines with several false claims, which in fact, create a lot of doubt to people's mind.
You can always contact me privately and verify your impression before making it is public.

Anyway, I leave it to you to decide.
I still believe that we need more people like you, but you decide...

Regards
Alex

PS: if one day you take our 3 day training course, you will realize that I am challenging many wrong concepts in risk management...


**From:** Christopher Paris [mailto:chris@oxebridge.com]
**Sent:** Wednesday, February 26, 2014 2:54 PM
**To:** Alex Dali
**Cc:** Allen Gluck
**Subject:** Re: G31000 and your postings

I said "risk was inevitable" not confrontation. I chalk this up to your poor command of English.

When people, including yourself, posted corrections to my opinions, I not only acknowledged them, I thanked those responsible. But that was not enough for you.

In any event, this combative, childish response is the exact problem. So long as G31000 is in the hands of people who treat 31000 as antouchable truth incapable of being discussed rationally, and left best in the hands of only those who show slavish devotion, your organization will suffer.

Your comments to me were very expensive. You are just not bright enough to realize it.



Sent from the future with my iPad 7.

On Feb 26, 2014, at 8:35 AM, "Alex Dali" <alex.dali@g31000.org> wrote:

> Christopher,
>
> MODERATION of the G31000 LinkedIn forum
> I took the time to contact you privately to tell you how we could improve the flow of discussions, instead of mixing up every topics in the same discussion. You said ok, but you continue to spread wrong information such as :

2