**EXHIBIT C**

# Allen Gluck

| | |
|---|---|
| **From:** | Allen Gluck <allen.gluck@g31000.us> |
| **Sent:** | Friday, March 14, 2014 2:45 PM |
| **To:** | 'LinkedIn Customer Support' |
| **Subject:** | RE: Account High Restricted [Ticket: 140312-048299] |
| **Attachments:** | Allen ID - Copy.jpg |
| **Importance:** | High |

I have never accessed anyone else's account and I have one single account. Madeleine LeBlanc, an employee, (and yes, she is a real person,) uses my company credit card to run LinkedIn ads. I am really surprised that you take allegations from anyone at face value. Please expedite the restoration of my account and the G31000 website.

Allen Gluck, Vice President
G31000 North America, Inc.
340 Madison Avenue, 19th Floor
New York, NY   10173-1921
Phone:      +1 212-220-9225
Mobile:      +1 845-263-4975



G31000
NORTH AMERICA
Official Representative of
The Global Institute for
Risk Management Standards
for ISO 31000

This electronic message contains information from G31000, North America, Inc., which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us at the reply email address.

**From:** LinkedIn Customer Support [mailto:linkedin_support@cs.linkedin.com]
**Sent:** Friday, March 14, 2014 2:07 PM
**To:** allen.gluck@g31000.us
**Cc:** amg@buytech.info
**Subject:** Account High Restricted [Ticket: 140312-048299]

## LinkedIn Customer Support Message

**Subject: Account High Restricted**

| Thread | |
|---|---:|
| Response Via Email (Tomas) | 03/14/2014 13:06 |

1

Hi Allen,

I truly apologize for the delay in my response. We've recently identified suspicious activity in your LinkedIn account. It appears that you may be accessing multiple LinkedIn accounts and/or sharing access to your account. This activity is in violation of the LinkedIn User Agreement. For a complete list of "LinkedIn User Do's and Don'ts", please see the LinkedIn User Agreement: https://www.linkedin.com/static?key=user_agreement

As a result, we've suspended your account. To allow access back to this account, we'll need a scanned image of a valid government issued photo ID (like a driver's license or passport) that has your:

• Photo
• Name
• Signature
• ID expiration date (if present)

Note: Prior to submitting your government issued ID, please cover the identification number on the copy of the document. We're using this information solely for the purpose of validating your identity and assisting you with re-accessing your account. We'll remove any and all copies of identity you've provided once this specific issue is resolved. Please note that if this issue comes up again, we may require you to present this information again.

I look forward to your response.

Regards,

Tomas
LinkedIn Trust & Safety

**Auto-Response**                                                                 03/12/2014 17:05

Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

If you can sign in to your LinkedIn account, you can check the status of your submitted tickets any time in the Support History section of our Help Center.

Regards,

Your LinkedIn Customer Experience Team


*** This message is automatically generated by our system to show we've received your ticket request. ***

**Member By Web Form (Allen Gluck, MA Leadership, CT31000)**                      03/12/2014 17:05

Please reinstate my account. I was on the road and forgot my password.


? Would you like to learn more about how to harness the knowledge and expertise of your LinkedIn network?
  Search for answers to common questions on the LinkedIn Help Center.
  Visit our LinkedIn Company Page and our Facebook Page.
  Check out our New Features Blog and follow us on Twitter®.

LinkedIn values your privacy. At no time has LinkedIn made your email address available to any other LinkedIn user without your permission
LinkedIn Corporation © 2014 | Privacy Policy   User Agreement   Copyright Policy