

# Alex Dali



| | |
|---|---|
| **From:** | Anthony Davidson <Anthony.Davidson@mville.edu> |
| **Sent:** | Friday, March 14, 2014 4:58 PM |
| **To:** | Alex Dali; Alex Dali |
| **Cc:** | Allen Gluck |
| **Subject:** | <no subject> |
| **Importance:** | High |

Dear Alex:

I am sorry to bother you at what must be a difficult time.

Given some of the developments circulating around the internet, I conducted a limited investigation, and to date, I see no reason to withdraw my support for you personally or minimize my desire to collaborate professionally. However, upon consultation with my advisors, we do agree that it would be prudent for you to step down from your role as a member of the EAC at the Manhattanville Center for Managing Risk while your attention is directed towards resolving matters. I hope that you agree and will do so voluntarily.

I am sure that things will be cleared up imminently and the truth (which I am confident will back you up) will emerge. I am in the process of reconstituting the center, anyway, with a different look and feel to the EAC, by which time I hope we will both be in a position to talk about a role that could hopefully involve even greater coordination between us.

Best,

Anthony


*Anthony R. Davidson, MBA, Ph.D.*
*Dean*
**School of Graduate and Professional Studies**
*Celebrating 20 Years of Preparing Today's Professionals for Tomorrow's Business*

**Manhattanville**
COLLEGE
2900 Purchase Street
Purchase, NY 10577
Tel: 914-323-5315
Fax: 914-323-5284



This electronic message contains information from Manhattanville College, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us at the reply email address.