ISO 9001 Gets Infected --- G31000 to Present at the ISO 9000 Conference | LinkedIn Page 1 of 3

Case 1:14-cv-03885-VEC Document 24-11 Filed 08/05/14 Page 1 of 3

#29



EXHIBIT K

SEE entire document

Professional & Creative - Paper & Envelopes-1000+ options for the professional and creative market

**ISO 9001**      37,275 members    Member

Discussions | Promotions | Jobs | Members | Search



Follow Christopher

### ISO 9001 Gets Infected --- G31000 to Present at the ISO 9000 Conference

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

Because the guys running the International ISO 9000 Conference have never vetted their guests very well, they are now giving the G31000 risk management guys a spot on the ticket, to present their own brand of internationally-maligned risk management.

Allen Gluck, the defender of plagiarist Alex Dali, is set to speak on ISO 9000 and risk management, and their promotional blurb already sets the stage by falsely claiming, "following the adoption by ISO of 'Annex SL' in 2012, all ISO technical committees developing existing and future management system standards have to use the same structure, terms and definitions."

The truth is that TC's can opt out of Annex SL if they want to. But admitting that wouldn't do well for Mr. Gluck's fearmongering, which attempts to sell his unaccredited risk manager certificates to the ignorant ISO 9000 crowd. The false subtext: "if you don't get certified by us, you will fail your ISO 9001 audits." Utter junk.

Those wishing to attend the event and perhaps ask Mr. Gluck about G31000 and Mr. Dali should consider doing so. It's one venue they can't ban people from, unlike their ISO 31000 discussion forum here on LinkedIn.

Risk management in ISO 9001 is bad enough. Handing the keys to the drunk drivers at G31000 will ensure it's quick demise.

Like (4)   Comment (9)   Share   Follow   Reply Privately   1 month ago

### Comments

--.. Karen Condon and 2 others like this

9 comments   Jump to most recent comment


Mary

**Mary Winch**
ISO 9001 QMS Lead Audit consultant/contractor at Motorola Solutions

Ever since Manhattanville College, Purchase NY was "... named a media partner at the inaugural ISO 31000 Conference in Paris, France, May 21-22, 2012. This very prestigious event will have as its keynote speakers and attendees the top gurus in risk from around the world, including the [anonymous] ISO Secretary-General, and the [also anonymous] Chair of the ISO Working Group that developed ISO 31000.

"Being selected as a media partner is a testament to our preeminent standing in the risk community and evinces global recognition of our new Center's contribution to the discipline," said Dean of the School of Graduate and Professional Studies Anthony Davidson." See http://www.mville.edu/news-a-events/news/news-features/3587-managing-riskmedia-partner.html

The next to last paragraph in the same link continues "... The Center will also be heavily involved in the development of subject matter expertise, corporate training programs, workshops, symposia, and events targeted to advancing the risk management discipline."

For more information on the conference, please visit http://www.g31000conference2012.org/ - If you open the link you will find the conference information has been replaced with a Japanese article that poorly translates to article "Company is different" -- first line "It is when you use a dating site, and use a site without the cherry is important ...". No surprise here as Chris Paris has already exposed the fraudulent conference promoters Alex Dali and Madeleine Leblanc.

Manhattanville College is now heavily invested in ISO 31000 Risk Management – see http://www.mville.edu/graduate/academics/business-a-professional-programs/education-a-

### Top Contributors in this Group



Marnie S.
Management Consultant, Quality Expert
Follow Marnie

See all members

### Your group contribution level

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Getting Started

LinkedIn Premium    FREE

Get a free month of LinkedIn Premium with:

**90** days of details on Who's Viewed Your Profile and how they found you

**25** InMails per month to contact members outside your network

**35** times the reach with access to full profiles of everyone in your network

Upgrade Free

### Latest Activity



Hugo Sousa Machado commented on a discussion in ISO 9001. Richard Murdock Process Mapping Techniques. Which are you using and why? As Chris Paris suggested, opening a discussion on process mapping was inevitable. SIPOC, Turtles, Flowcharts are all used and there are others I have read about lately. What method are you using? Is... more
7m ago



Colin Stokes commented on a discussion in ISO 9001. ISO 9001 re-certification after 10 years? Hi, I have a supplier who has supplied me with an 9001 certificate that is certified for 10 years. The company has many sites around the world and they have informed me that the 10 year certificate is... more
9m ago



Colin Stokes started a discussion in ISO 9001. ISO 9001 re-certification

file:///C:/Users/Avrohom/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook...   4/30/2014

research-center-for-managing-risk.html here you will find ISO 31000 will "...serve to augment pressure on Boards of Directors to have more sound risk management practices in place".
Also see - http://www.mville.edu/component/search/?searchword=ISO 31000

Like (1)   Reply privately   Flag as inappropriate   1 month ago

Surendro Sahoo likes this



**Mary Winch**
ISO 9001 QMS Lead Audit consultant/contractor at Motorola Solutions

Cont'd:

Allen Gluck is member of Adjunct Faculty and Staff for MS in Finance course MGPS 5020 - Managing Risk http://www.mville.edu/graduate/academics/business-a-professional-programs/ms-in-finance/faculty-a-staff.html

If you Google ISO 31000 you will see a plethora of courses, the ISO 31000 standard for sale on Amazon, 1 day program that mentions ISO 31000
http://www.theirm.org/courses/ISO31000_course.htm but if you look for accreditation courses you will find http://www.theirm.org/courses/COaccreditation.html the accreditation is limited "... programme can be described as 'accredited by the IRM', giving the course more authority and distinction. Prospective delegates and their employers will know that the course, its learning objectives and content have been reviewed and approved by a respected professional body".

I searched ANAB and UKAS and found ISO31000 has not been added to ISO standards for accreditation. Go to the drop-down menu http://anabdirectory.remoteauditor.com/

Like   Reply privately   Flag as inappropriate   1 month ago



**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

ISO 31000 is not intended for certification (allegedly) so there are no plans to have accredited registrars for it.

But G31000 could be accredited as a training provider if they chose to, such as RABQSA. In the US they would need to be accredited by ANSI.

Like   Reply privately   Flag as inappropriate   1 month ago



**Mary Winch**
ISO 9001 QMS Lead Audit consultant/contractor at Motorola Solutions

RABQSA is changing its name to http://www.exemplarglobal.org/blog/category/rabqsa-international/

I don't know why anyone would waste money on this training or why it is allowed to use an ISO prefix.

Like   Reply privately   Flag as inappropriate   1 month ago



**Dan Brown**
President, DB Performance Solutions

I have no experience with Mr. Gluck or any of the organizations mentioned above. That stated, I am pleased with the direction of ISO 9001:2015 and I believe that organizations will be best served by getting and using ISO 31000 (ANSI/ASSE Z690.1, .2, and .3 in the USA).

It is unfortunate if those appearing to the charge (Mr. Gluck, et.al.) are misleading the sheeple and further eroding/derailing what could become the best quality management system to date.

Like   Reply privately   Flag as inappropriate   1 month ago



**Anthony Mason**
Technical Author and Quality Manager at Voice Connect Ltd.

Chris, You are correct.

ISO 31000:2009, Page 1, Section 1 Scope

The last paragraph is the following one sentence.

"This International Standard is not intended for the purpose of certification."

Like (2)   Reply privately   Flag as inappropriate   1 month ago

Mary W., Jane B. like this

**Jane Bennett**
Quality Management Consultant; DIY ISO 9001 Kit author





after 10 years? Hi, I have a supplier who has supplied me with an 9001 certificate that is certified for 10 years. The company has many sites around the world and they have informed me that the 10 year certificate is... more
9m ago

See all activity

About | Feedback | Privacy & Terms

LinkedIn Corp © 2014

