EXHIBIT L

MS in Project Management - Since 1996, GW's MSPM is oldest and most reputable degree of its kind.

\# 55

## ISO 31000 - Risk Management

3,147 members — Join

Discussions | Promotions | Jobs | Members | Se...

Join the group to receive daily or weekly activity updates.


Unfollow Christopher

### The Difference Between Risk Managers and Risk Sellers

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

I've coined a new phrase that seems to identify the growing crop of sudden experts in the area of risk management, prompted by the coming 15 minutes of fame, due to ISO 9001:2015 and ISO 31000. I call them "risk sellers" and they are dramatically different creatures than actual risk managers.

And we all need to be on the alert.

You can identify the risk-seller because they generally run one-man consulting shops, organize conferences, appear out of nowhere, have few if any published credits on risk, and offer some form of risk manager "certification" (unaccredited, of course.)

They also have dubious moral character. The G31000 scandal is becoming widely publicized, so I won't go into that. But I just discovered another "risk seller" who simply took the entire website of a known risk manager's consulting firm and "cloned" it -- including the profiles of the actual risk managers of the real company! The guy just stole a website and is somehow impersonating real people, and getting away with it. (Expect more coverage on this once I get permission from the aggrieved party.)

I am seeing some curious (but, to be fair, not deceptive) strangeness with the CERM Academy, another unaccredited risk manager certification provider, also the work of a single guy. Some of the claims made can't be verified.

Like it or not, risk is being imposed on ISO standards users across the board. That presents real challenges that require the input and fact-based advice of real risk management professionals. But the lure of easy money will be strong, and we have to carefully navigate the coming years.

Check credentials. Check references. [...] open ourselves up to being victimized.

Like (2) · Comment (2) · Share · F...

### Comments

👍 Mohamed Fathi SAFFAR, David Phillips like this
💬 2 comments


Marius

**Marius du Plessis**
Risk Analyst/Freelance Trainer

Christopher I visited your website Overbridge and was amazed to see all your criticisms leveled at various individuals and businesses. It is also evident that "Risk Management" and ISO 31000 in your books is a non entity with no right of existence. Now if that is so why are you a member of this group where we would prefer to discuss matters related to risk management that matters. I think and this is my personal opinion that you have made your point at your website and that the "pornographic" members of this group would prefer to carry on with our "pornography" as you called it. I may risk of being kicked off this group after this post but I do feel that you may be intent on closing this group as well. We are well aware of what happened to G31000 but I would have thought that that was enough. Please note that I have no credited nor unaccredited qualifications.

Like · Flag as inappropriate · 21 hours ago

---

### Top Contributors in this Group

 

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Unfollow Christopher

See all members ›

### Your group contribution level

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Getting Started


emma for UNIVERSITIES — FIND OUT WHY

### Latest Activity



Diego San Esteban Asesor en Estrategias & Tecnología started a discussion in ISO 31000 - Risk Management. Gestionar tu Seguridad por los Riesgos Asociados a los Procesos http://san-esteban.com/2014/03/05/workshop-intensivo-clasificacion-de-activos-y-analisis-de-riesgos-27-de-marzo/



Workshop Intensivo: Clasificación de Activos y Análisis de Riesgos... 7ma Edición !! Gestionar tu Seguridad por los Riesgos Asociados a los Procesos y Como convertir los riesgos de tecnología en Riesgos Operacionales de Tecnología Ejes



**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC
Top Contributor

ISO 31000 is a very valuable standard, and a fantastic first step towards providing an international model for risk management. I support the standard and hope it develops into something we can all use.

I reject the selling of ISO 31000 through some groups that are dubious at best, and who lack true international industry support. We are being inundated with overnight "risk manager certification" schemes, nearly none of which are accredited nor supported by universities. Worse yet, when one researches, one finds out that these individuals have fabricated their credentials, and have no place teaching risk management to anyone.

I am also unhappy with how some risk professionals are unable to clearly define risk management, and thus the "I know it when I see it" article you are referring. You may not be aware of the famous US Supreme Court quote, so you didn't get the inference. It's not about pornography.

This won't end with G31000. It will extend long into the next half decade, because fly-by-night shysters see an opportunity to steal your money by offering value-less risk certifications. Dozens are popping up all over the world. We have a duty to protect the profession and value of ISO 31000 by exposing them. If you are fine watching passively while your colleagues have their money stolen, then you are free to remain an observer. I am not fine with that, and elect instead to take action, at great cost to myself and my reputation.

I view supporting ISO 31000 as a two-pronged endeavor. First, we can discuss its benefits and possibilities. Second, we must discuss when it's being misused, or where it needs improvement. Both are valid discussions, and no one in either debate should be shut out.

Like · Flag as inappropriate · 20 hours ago



Add a comment...

☑ Send me an email for each new comment.

Add Comment

---



centrales de este Workshop La b...
1h ago



Emma Downey started a discussion in ISO 31000 - Risk Management. Time Management Tips and Tricks - Free PDF Download this PDF and learn how to make every second coun with less stress! Grab it here: http://trademagsource.com/pdf/318/w Inside you will learn: - How to schedu your time - What... more
2h ago

Emma Downey and Tinashe Manungo joined a group: ISO



31000 - Risk Management ISO 31000 Risk Management Group provides information on this new standard. Users of this group exchange feedback on the implementation of this standard in their organization. Exchange about methodology, process and tools used to conduct the risk...
2h ago

See all activity ›

About | Feedback | Privacy & Terms

LinkedIn Corp. © 2014

---

 **Are You A Thought Leader?**
- Share your C-level business experiences with growing executives. Learn how.

 **Earn a Master Black Belt**
Lean Six Sigma Certification online and live at The Ohio State University

Ads You May Be Interested In

---

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback