
EXHIBIT T

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC

"Big and reputable institution such as G31000?"

They have two employees, and no significant risk management experience. The only publications they have claimed authorship of were plagiarized. Nearly every one of their credentials was either exaggerated or entirely fabricated.

http://www.oxebridge.com/emma/?p=2668

An upcoming report will detail how most, if not all, of the "Partners" listed on the G31000 site never gave permission to be listed, or never agreed to be "partners" and have asked to be removed, but the listings remain anyway. Misrepresenting your "partners" in order to sell $2700-a-head certifications is false advertising, and in the US would be subject to Federal Trade Commission fines.

**Christopher Paris**
VP Operations at Oxebridge Quality Resources International LLC

I would hope that risk management professionals (especially the "Certified" ones) would ply their trade and assess the risks associated with sending money and support to unverified groups, or those that have been proven to be less than reputable.

Indeed, their page is back up. Now you can verify yourself, firsthand, the plagiarized materials from Alex Dali's profile. How handy.

For example, Mr. Dali claims to have written "Understanding And Managing Risk - Help From ISO 31000 Risk Management Standard" which was plagiarized in its entirety from an article entitled "Measuring and managing risk – help from ISO 31000" written by Francesca Broadbent for the British Safety Council's May 2012 issue of Safety Management. He gives no credit to Ms. Broadbent.

Mr. Dali claims to have written "Piracy in the Malacca Strait" but which takes entire paragraphs from these sources, without credit.

The original source material:

http://www1.american.edu/ted/malacca.htm

and

http://m.gulfnews.com/sea-views-organised-crime-behind-most-ship-hijacks-1.378043

When confronted with these examples, Mr. Gluck (whose real name is Avrohom Meir Gluck) and Mr. Dali refused to remove them, and have instead called the accusations "spurious." Meanwhile, the actual copyright holders may be pursuing action, so this is hardly the last you will hear of it. LinkedIn has reserved the right to delete their profile once the copyright holders have asserted their rights.

None of the ISBN numbers listed for his publications actually exist (you may confirm with an ISBN search) and most are actually just PowerPoint presentations, still available on the web. They are not "publications" at all.

Furthermore, the group still claims "10,001+ employees" when the only employees are Mr. Gluck and Mr. Dali.

---

The "fake" profile of Madeleine Leblanc remains shut down, after LinkedIn confirmed it was not a real person, and Mr. Dali could not provide photo proof of her existence. He has since claimed she "quit" but there is evidence that Mr. Dali was writing from her account.

*He contacted All.*

At least two of the "partners" listed on the G31000 site never agreed to be listed, and one of those has asked to be removed, and Mr. Dali has refused. This includes Coherent Advice and CRI.

---

Due to irregularities, the entire profile for Mr. Dali and his risk center at Manhattanville College has been taken down, upon investigation by the college's President. That page, too, listed a number of "advisory council" members that were not actually members, along with false claims under Mr. Dali's biography.

Mr. Gluck's previous employment contains, at first glance anyway, no experience whatsoever in risk management, but a history of connections with companies that failed in spectacular manner: MallCall International and Neuromedical Systems as two examples. Previous to that he worked for a now-defunct web design company. Meanwhile, his resume claims only "27 years adult education" which would appear to be entirely inaccurate. He claims to be an adjunct professor at Manhattanville, but does not appear on the list of adjunct staff (this is still being verified.)

Please understand the intent of these posts is to ensure the value and validity of ISO 31000, and to alert users to the risks associated with sending money to sudden, overnight training organizations that are popping up in response to the sudden popularity of risk management. We saw the same thing when ISO 9001 was created, with sudden "quality experts", so you can all learn from our mistakes.

This is not meant to single out G31000, since there are other such groups out there, and my efforts will work to identify those, as well.

Like (1) • Flag as inappropriate • 1 month ago

👍 Ron Krebs likes this

https://www.linkedin.com/groups/Difference-Between-Risk-Managers-Risk-1958423.S.5850269908616622080?trk=groups_search_item_list-0-b-ttl&goback=%2Egmp_1958423%2Egna_1958423

Interesting discussion in the comments