UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **G31000 NORTH AMERICA, INC., ALLEN GLUCK , and ALEXIS DALI,**<br><br>    **Plaintiffs,**<br><br>**-against-**<br><br>**CHRISTOPHER M. PARIS AND OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC.**<br><br>    **Defendants.** | Civil Action No.:<br>  1:14-cv-03885-VEC<br><br><br>Notice of Appearance |

**PLEASE TAKE NOTICE**, Michael M. Steinmetz, Esq. of Garson, Segal, Steinmetz, Fladgate LLP hereby appears in this matter, as an attorney for all Plaintiffs.

Please mark your records accordingly.

Dated: New York, New York
August 6, 2014

Respectfully Submitted,
By: s/Michael M. Steinmetz
Michael M. Steinmetz (MS-3164)
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11R
New York, NY 10001
(P) (212) 380-3623
(F) (347) 537-4540
ms@gs2law.com