From: **Christopher Paris** chris@oxebridge.com
Subject: Offer for ISO 17024 consulting, at no charge
Date: July 21, 2014 at 1:49 AM
To: Alex Dali alex.dali@g31000.org
Cc: Allen Gluck allen.gluck@erm31000.com, Bill Wohlsifer, Esq. william@wohlsifer.com, rg@gs2law.com, Matt Knoll LawClerk@infringement-attorney.com

Alex:

In order to show good will, and to ensure G31000 pursues a path as an _accredited_ certification provider, I am writing to offer G31000 North America no-charge consulting on achieving ISO 17024 accreditation under the American National Standards Institute (ANSI) accreditation program for personnel certification bodies.

ANSI is internationally recognized as part of its signatory status with the International Accreditation Forum (IAF), with formal recognition by ISO itself. ANSI is the official standards body of the United States, the official US liaison with ISO, and has been in operation for over 100 years. It's authority and authenticity of its accreditations are unassailable.

My company's services already include consulting on the ISO 170xx family of standards, including ISO 17024 for organizations such as yours. The services I am offering would include co-development (alongside your staff) of all necessary documentation, implementation and training, and assistance in completing the ANSI application process. Payment at my normal rates could be made into an escrow account, and would be reimbursed to you in full once you have achieved ANSI accreditation. The fees would not include those of ANSI, which must be negotiated directly with ANSI. If you accept, we can work out the details. My availability to begin such work would not be until the end of this year.

The implementation program would consist of about one week of off-site work, for developing documentation, and one week on-site for implementation, training, curriculum changes and other tasks. Strict nondisclosure agreements would assure your material is not given to any third parties, and remains solely your property.

This would mean some necessary changes to how G31000 markets itself, and would require that the entirety of its course materials would be modified to comply with internationally accepted requirements. This would not be done based on any personal views on my part, but against the written and established requirements of ISO 17024 and ANSI, and all work would be subjected to oversight by the independent ANSI assessors, over whom neither of us has any authority or influence.

Furthermore, I will not make this a condition of the current lawsuit. You may continue to pursue your suit with no impact on my offer to you.

My fear is that G31000 is going to become another unaccredited, or self-accredited, certificate provider, and that this may simply be the result of you not being trained on the ISO 17024 requirements. As you know, my company is forming a non-profit National Advisory Council on Accreditation (NACA) which will be offering similar services to organizations such as yours. In advance of that, however, I am willing to fund this process for G31000 entirely out of my own pocket.

I hope you will give careful consideration to this offer.


--
Christopher Paris
VP Operations
chris@oxebridge.com

OXEBRIDGE
Quality Resources International LLC

**Oxebridge Quality Resources International LLC**
North America:
1503 South US Highway 301
Suite 36
Tampa, FL 33619 USA
Ph: 863-651-3750
Fax: 407-386-6410

South America:
Edificio Tempus
Av. Santo Toribio 103 - 117
San Isidro, Lima 27 PERU
Telf.: 659-7984
Cel. RPC: 953-710-915
Cel. Claro: 994-793-828
Skype: Oxebridge.Peru

Subscribe to The Oxebridge Report - Signup here

www.oxebridge.com