g31000 karen hardy

+Michael    Share

**Web**  Images  Maps  News  Shopping  More  Search tools

About 198 results (0.45 seconds)

### Karen Hardy | IBM Center for the Business of Government
www.businessofgovernment.... ▾ The Center for The Business of Government ▾
Mar 28, 2010 - **Karen Hardy**. ... to become a Global Certified ISO31000 Risk Management Professional from the **G31000** organization in Paris, France. She is ...

### G31000 | Oxebridge Quality Resources
www.oxebridge.com/emma/tag/**g31000**/ ▾
by Christopher Paris - Content tagged with **G31000**. ... at **G31000**'s upcoming conference, presumably filling the seat of departed speaker Dr. **Karen Hardy**, who left after controversy ...

### TC 176 "Ethics" Expert Palmes to Fill Vacant G31000 ...
www.oxebridge.com/.../tc-176-ethics-expert-palmes-to-fill-vacant-**g3100**... ▾
Jul 12, 2014 - ... speak at **G31000** s upcoming conference, presumably filling the seat of departed speaker Dr. **Karen Hardy**, who left after controversy erupted ...

### Obama Risk Advisor Dropped from G31000 Speaker Lineup ...
www.oxebridge.com/.../obama-risk-advisor-dropped-from-**g31000**-spea... ▾
Jul 2, 2014 - Dr. **Karen Hardy**, the Senior Advisor on risk for the White House Office ... by **G31000**, pressure appears to have been put on Dr. **Hardy** to retract ...

### Speakers Directory | G31000
**g31000**.org/directory/ ▾
http://**g31000**.org/wp-content/uploads/userpro/53/538896e14878b.png. Position ...
**Karen**. Last Name. **Hardy**. Gender. Female. Country/Region. United States.

### Agenda | G31000
**g31000**.org/conferences/new-york-city-2014/agenda2/ ▾
**Karen Hardy**. Senior Advisor in the Executive Office of the U.S. President, and Deputy Director of RiskManagement at the U.S. Department of Commerce and ...

### [PDF] g31000 toroNto 2013 eveNt
**g31000**.org/wp-content/uploads/2014/07/2014.pdf ▾
Jul 14, 2014 - **G31000** has a global reach to professionals from more than 100 countries and .... **kareN**. **hardY**. CT31000. Dept. Director of Risk Management.

### TC 176 "Ethics" Expert Palmes to Speak at Controversial ...
www.linkedin.com/.../TC-176-Ethics-Expert-Palmes-1268337.... ▾ LinkedIn ▾
Jul 14, 2014 - TC 176 "Ethics" Expert Palmes to Speak at Controversial **G31000** Event. ... presumably filling the seat of departed speaker Dr. **Karen Hardy**, ...

### Dr. Karen Hardy | LinkedIn
www.linkedin.com/pub/dr-**karen**-**hardy**/b/78/953 ▾
Washington D.C. Metro Area - Senior Advisor at White House Office of Management and Budget, Executive Office of the President
View Dr. **Karen Hardy's** professional profile on LinkedIn. LinkedIn is the world's ...
President at the Global Institute for Risk Management Standards - **G31000** ...

### Allen Gluck, MA Leadership, CT31000 | LinkedIn
www.linkedin.com/pub/allen-gluck-ma-leadership-ct31000/12/.../b06 ▾
Greater New York City Area - Vice President at G31000 North America, Inc.
Vice President at **G31000** North America, Inc. Adjunct Professor at ... **G31000** North America, Inc. is an American, not for profit, devoted to ..... Dr. **Karen Hardy**

1  2  3  4  5  6  7    Next

○ New York, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy & Terms