

# WILLIAM R. WOHLSIFER, PA
*Attorneys at Law*

1100 East Park Ave Ste B
Tallahassee FL 32301

Telephone: 850-219-8888
Facsimile: 866-829-8174
infringement-attorney.com

_____

WILLIAM R. WOHLSIFER

_____

All Florida State Courts

U.S. District Court
Northern District of Florida

U.S. District Court
Middle District of Florida

U.S. District Court
Southern District of Florida

U.S. Bankruptcy Court Northern
District of Florida

U.S. Bankruptcy Court
Middle District of Florida

Approved Mortgage
Modification Mediator for the
U.S. Bankruptcy Court Northern
District of Florida

Florida Supreme Court Certified
Circuit Civil Mediator

Florida Supreme Court Certified
Appellate Mediator

Division of Florida
Condominiums, Timeshares,
and Mobile Homes Certified
Dispute Mediator

Trained in Collaborative Law
Practice

Member of the Florida
Academy of Professional
Mediators

Member of the Florida Bar Real
Property, Probate and Trust
Law Section

Licensed Florida Real Estate
Broker

_____

August 13, 2014


The Honorable Judge Valerie Caproni
United States District Court
40 Foley Square
Room 240
New York, NY 10007

**Re: G31000 North America, Inc. et al. v. Christopher M. Paris et al.
Case No.: 14-CV-3885 (VEC)**

Dear Judge Caproni:

Defendants respectfully request your Honor direct the Clerk of Court to strike the Memorandum of Law in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. [Dkt. #26]

Plaintiffs do not have a Motion for Temporary Restraining Order and Preliminary Injunction of record. According to the Clerk of Court, plaintiffs improperly filed proposed orders and supporting documents two times, but no relating motion. [Dkt. #13 & 17] The first two attempts to file a motion and supporting documents have been removed by the Clerk. The third memorandum filing also does not relate to a motion, but for some reason the clerk has not removed this filing. Thus, defendants respectfully request that Your Honor direct the Clerk of Court to strike docket number #26 from the record as the Clerk has the last two memorandums for a lack of a motion to relate to. Further, defendants' latest "Memorandum of Law" does not contain or even cite to any law.

Sincerely yours,

William R. Wohlsifer, Esq.

Cc: Robert Garson, Esq.