**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
G31000 NORTH AMERICA, INC.,
ALLEN GLUCK,
ALEXIS DALI,

                Plaintiffs,                14 **CIVIL** 3885 (VEC)

      -against-                **JUDGMENT**

CHRISTOPHER M. PARIS, OXEBRIDGE
QUALITY RESOURCES, INT'L, INC.,
                Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss (Doc. #28) for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), and for improper venue under Fed. R. Civ. P. 12(b)(3), and the matter having come before the Honorable Valerie E. Caproni, United States District Judge, and the Court, on November 21, 2014, having rendered its Opinion & Order (Doc. #30) granting Defendants' motion to dismiss the First Amended Complaint ("FAC") because the Court lacks personal jurisdiction, and directing the Clerk of Court to terminate the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 21, 2014, Defendants' motion to dismiss the First Amended Complaint is granted because the Court lacks personal jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York
           November 21, 2014

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                          **BY:**       *K. Mango*
                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 11/21/2014