LAW OFFICE OF

# WILLIAM R. WOHLSIFER, PA

1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

July 16, 2014

Christopher Paris
1503 South US Highway 301
Suite 36
Tampa, FL 33619

283-402
Invoice # 2523

STATEMENT FOR PERIOD THROUGH 7/15/14

LEGAL SERVICES REGARDING Oxebridge Quality Resources Intl

| | | | |
|---|---|---|---|
| 6/03/14 | Reviewed complaint and documents filed in SDNY; reviewed history and testimony of client and defendant and explanation thereof | WRW | 1.25 |
| 6/16/14 | Obtain NY CM/ECF #; Obtain Certification of Good Standing from Florida Bar and File for Pro Hac Hice | BW | .50 |
| 6/20/14 | Draft defensive outlines based on client's testimony and attorney's instructions. | BW | .50 |
| | Draft and file Motion for Admission Pro Hac Vice; Draft Proposed Order granting same, send via U.S. Mail to Clerk of Court | BW | .50 |
| 6/24/14 | Begin Drafting Motion to Dismiss; regarding Wholesale Incorporation Law | WRW | .50 |
| 6/26/14 | Created pleading index | BW | .25 |
| | Correspondence w/ Client (email)- Questions about case | BW | .25 |
| | Correspondence w/Client (email)- Counter claim possibility | BW | .25 |
| 6/27/14 | Research Venue SDNY | WRW | .50 |
| | Research Motion to Dismiss practice in SDNY | WRW | .50 |
| | Research Personal Jurisdiction SDNY | WRW | .50 |
| | Research New York Long Arm Statute | WRW | .50 |
| | Continue Drafting Motion to Dismiss | WRW | .50 |
| 6/30/14 | Draft Letter to FL Supreme Court (Good Standing) | WRW | .50 |
| | Correspondence with Florida Supreme | BW | .25 |

DEFENDANT'S EXHIBIT

Due upon receipt. A[...] balances 30 days past due.

*Practicing in Debt Collection, Creditor's Rig[...]y Recovery, Brand Licensing, and Product Liability.*

| | | | | |
|---|---|---|---|---|
| | Court | | | |
| | Calendared Answer Deadline | BW | .25 | |
| 7/07/14 | Drafted amended Motion for Pro Hac Vice (no charge) | WRW | .25 | N/C |
| | Drove to Supreme Court to pick up Certificate of Good Standing and multiple telephone discussions seeking same. | BW | .25 | |
| | Correspondence with SDNY clerk (Pro Hac Vice Order) via Phone. | BW | .25 | |
| 7/08/14 | Reviewed Docket on PACER | WRW | .25 | |
| | Reviewed Initial Pretrial Conference Notice and Judge Caproni's individual rules for procedure | WRW | .50 | |
| | Drafted Letter Requesting Adjournment following good faith telephone conference with opposing counsel | WRW | .50 | |
| | Drafted Defendant's contribution to Joint Letter following good faith telephone conference with opposing counsel | WRW | .25 | |
| | Drafted Affidavit of Residency | WRW | .25 | |
| | Drafted Affidavit of Principal Place of Business | WRW | .25 | |
| | Conducted three-way pre-trial telephone conference with opposing counsel | WRW | .25 | |
| | Correspondence with SDNY Clerk (Approval of Pro Hac Vice/Filing Motion to Dismiss) via phone | BW | .25 | |
| | Correspondence with Judicial Assistant (Adjournment) via phone | BW | .25 | |
| | Updated Client via E-mail | BW | .25 | |
| 7/09/14 | Reviewed and incorporated affidavits received via Fedex | WRW | .25 | |
| | Correspondence with Opposing Counsel (Pretrial Conference) via phone | WRW | .25 | |
| | Correpondence with Opposing Counsel (Filing Letter Requesting Adjournment) via E-mail | WRW | .25 | |
| | Correspondence with Opposing Counsel (Joint letter) via E-mail | WRW | .25 | |
| | Telephone conference call with Attorney Robert Garson and Attorney Steve Steinmetz | WRW | .25 | |
| | Receive and review court's denial of a continuing pretrial conference date and denial of telephonic | WRW | .25 | |

| | | | | |
|---|---|---|---|---|
| | hearing. | | | |
| | Draft explanation of process and costs to client; advance calendar changes. | WRW | .25 | |
| | Receive Court's denial of motion for extension of time; copy client; prepare to comply with court's order commanding appearance of counsel. | WRW | .25 | |
| | Updated Client on proceedings (no charge) | BW | .25 | |
| | Filed Motion to Dismiss (no charge) | BW | .25 | |
| | Filed Letter Requesting Adjournment (no charge) | BW | .25 | |
| 7/10/14 | Travel from Tallahassee to New York City | WRW | 1.00 | |
| | Full review of file and client's postings; highlight evidence provided by client for use in court; communication with client. | WRW | 2.00 | |
| | Multiple telephone conversations, exchange of document drafts, and exchange of emails with Attorney Garson to reach completion of the joint letter to Judge regarding the substantive legal position of each party and regarding the duty to reach joint compliance with pretrial process scheduling deadlines, resulting in a joint filing in compliance with court's mandate to file a letter of position statements and a Civil Case Management Plan and proposed Scheduling Order by 5:00 pm on July 10, 2014. | WRW | 2.00 | |
| | Approximately 6 telephone conversations with Attorney Garson to reach completion of joint let to Judge regarding substantive positions of each party; multiple emails regarding same, resulting in joint filing in compliance with court's mandate to file by 5:00 pm. | WRW | 1.00 | |
| | Make logistical arrangements for Attorney Wohlsifer's travel to and from NYC. (no charge) | WRW | .50 | N/C |
| 7/11/14 | Travel within New York City | WRW | 1.00 | |
| | Receive and review newly filed Motion for Temporary Restraining Order and Preliminary Injunction | WRW | 2.00 | |

| | | | |
|---|---|---|---|
| | and Memorandum of Law in support thereof, and Affidavit of Eric Glick, and quick review of email attachments presented in support of said Motion; review of client's blog posts; receive email input from client regarding same; prepare for court hearing on prior pleadings and motions and new motions and proffered evidence. | | |
| | Attend pre-trial conference, scheduling order conference, hearing on motion for temporary restraining and preliminary injunction and motion to dismiss plaintiffs' complaint; participate in settlement discussions with opposing counsel. | WRW | 1.00 |
| | Receive and review court filings reflecting 7/11/14 filings; communicate case results with client. | WRW | .25 |
| 7/12/14 | Travel from New York City to Tallahassee | WRW | 1.00 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| Paralegal | .75 | .00 | .00 |
| Paralegal | 4.00 | 90.00 | 360.00 |
| William R. Wohlsifer | .75 | .00 | .00 |
| William R. Wohlsifer | 20.25 | 275.00 | 5,568.75 |

TOTAL FEES $5,928.75

| COSTS AND EXPENSES | | UNITS | RATE | |
|---|---|---|---|---|
| 6/03/14 | File Set-Up Fee | | | $50.00 |
| 6/03/14 | Copies | 58 | .25 | $14.50 |
| 6/05/14 | Pro Hac Vice Fee to NYSD | | | $200.00 |
| 6/30/14 | Postage | | | $.96 |
| 6/30/14 | Copies | 2 | .25 | $.50 |
| 6/30/14 | Certificate of Good Standing Fee | | | $7.00 |
| 7/09/14 | Copies- PACER charges | 30 | .25 | $7.50 |
| 7/10/14 | Orange County Expressway Toll | | | $1.25 |
| 7/10/14 | Fuel from Tallahassee to Orlando | | | $49.00 |
| 7/10/14 | Florida Turnpike Toll | | | $1.00 |
| 7/10/14 | Florida Turnpike Toll | | | $3.00 |
| 7/10/14 | Florida Turnpike Toll | | | $1.00 |
| 7/10/14 | Lodging 7/10-7/12 in NYC (invoice attached) | | | $289.28 |
| 7/10/14 | Taxi from LGA to hotel | | | $70.77 |
| 7/10/14 | Baggage Fee to NYC | | | $25.00 |
| 7/10/14 | Copies- Rest of Docket | 27 | .25 | $6.75 |

| | | |
|---|---|---|
| 7/12/14 Fuel from Orlando to Tallahassee | | $49.00 |
| 7/12/14 Baggage Fee- Return to Tallahassee | | $25.00 |
| 7/12/14 Lodging:Overnight in Orlando | | $59.74 |
| 7/12/14 Parking for two nights at Orlando Intl Airport | | $35.00 |
| 7/12/14 Taxi Fare from hotel to JFK Intl Airport (invoice attached) | | $70.77 |
| 7/13/14 Orange County Expressway Toll | | $1.25 |
| 7/13/14 Florida Turnpike Toll | | $3.00 |
| 7/13/14 Orange County Expressway Toll | | $1.00 |
| TOTAL COSTS AND EXPENSES | | $972.27 |
| CURRENT CHARGES | | $6,901.02 |
| TRUST TRANSACTIONS | | |
| 6/10/14 Trust Deposit | $2,700.00CR | |
| 7/17/14 Fees paid to firm for statement through 7/15/14 | $2,700.00 | |
| BALANCE IN TRUST | $.00 | |
| PAYMENTS AND ADJUSTMENTS | | |
| 7/17/14 Payment paid to firm | $2,700.00CR | |
| TOTAL PAYMENTS AND ADJUSTMENTS | | $2,700.00CR |
| PLEASE PAY THIS AMOUNT | | $4,201.02 |

ANY PAYMENTS RECEIVED AFTER July 16, 2014
WILL APPEAR ON YOUR NEXT STATEMENT

LAW OFFICE OF

# WILLIAM R. WOHLSIFER, PA

1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

August 13, 2014

Christopher Paris
1503 South US Highway 301
Suite 36
Tampa, FL 33619

283-402
Invoice # 2534

STATEMENT FOR PERIOD THROUGH 8/13/14

LEGAL SERVICES REGARDING Oxebridge Quality Resources Intl

| | | | |
|---|---|---|---|
| 7/23/14 | Reviewed plantiffs' proposed order and memorandum of law, in response to motion for restraining order, correspndence with client (email; relevant to allegations made within Plantiffs' Declaration of Glick | WRW | .75 |
| 7/24/14 | Research responsive pleadings and preliminary injunctions; compared declaration to information provided by client; drafted Declaration in Opposition to plantiffs' allegations and Glick's affadavit for client's review and signature | WRW | 2.00 |
| 7/25/14 | Forwarded Declaration for Client approval | BW | .25 |
| 7/28/14 | Draft Opposition to G31000 Motion for Temporary Injunction Relief | WRW | 3.00 |
| | Researched local rules and individual practices; drafted reponse in opposition to Plantiffs' Request for Preliminary Injunction | WRW | .25 |
| 7/29/14 | Prepare exhibits, copy file and serve opposition to G3100's Motion for Temporary Restraining Order | BW | .75 |
| | Correspondence with client (email) Re:Edits to Declaration; finalized declaration; re-indexed file | BW | 1.00 |
| 7/30/14 | Researched docket history and insufficient filing; filed response in opposition; filed declaration in opposition; correspondence with client (email) Re: Case filing and | BW | .50 |

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| | status | | |
| 7/31/14 | Reviewed Plantiffs' refilled Purposed Order and revised Memorandum of Law; Telephone discussion with Clerk of Court regarding G31000 filing defects; CC client with update; Drafted letter to Judge Re: Filing our Opposition; made notes to file | WRW | .75 |
| | Second phone call to Clerk's office regarding re-filing motion; re-filed response in opposition' re-filed Declaration in opposition; phone call to chambers deputy to alert the Judge of timely filing on the part of the Plantiff; Re: Response to Opposition (.50 at no charge) | BW | .50 |
| 8/04/14 | Receive Notice from clerk of court rejecting amended complaint filing; email exchange with attorney Garson denying his request for consent to refile; email scheduling conference call with Judge Caproni; CC client | WRW | .50 |
| 8/06/14 | Receive and review Plantiff's First Amended Complaint; notes to file; receive Notice of Appearance of Attorney Michael M. Steinmetz | WRW | .75 |
| 8/07/14 | Receive and review revised Memorandum of law in support of Plantiffs' Motion for a Temporary Restraining Order and Preliminary Injunction; read attachments then compare to prior filings; review comments by court | WRW | .75 |
| | Review third version of Plantiffs' first Memorandum of Law | WRW | .25 |
| 8/13/14 | Phone call to clerk about Memo filing; Draft letter to Judge Caproni requesting that the most recent Memorandum of Law be strickened from the record due to its failure to relate it to a motion | WRW | .50 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| Paralegal | .50 | .00 | .00 |
| Paralegal | 2.50 | 90.00 | 225.00 |
| William R. Wohlsifer | 9.50 | 275.00 | 2,612.50 |

TOTAL FEES $2,837.50

| | | | | |
|---|---|---|---|---|
| COSTS AND EXPENSES | UNITS | RATE | | |
| 7/31/14 Copies | 48 | .25 | $12.00 | |
| 8/04/14 Copies | 76 | .25 | $19.00 | |
| TOTAL COSTS AND EXPENSES | | | | $31.00 |
| CURRENT CHARGES | | | | $2,868.50 |
| PRIOR STATEMENT BALANCE | | | | $4,201.02 |
| PAYMENTS AND ADJUSTMENTS | | | | |
| 8/01/14 Payment Received | | | $4,201.02CR | |
| TOTAL PAYMENTS AND ADJUSTMENTS | | | | $4,201.02CR |
| PLEASE PAY THIS AMOUNT | | | | $2,868.50 |

ANY PAYMENTS RECEIVED AFTER August 13, 2014
WILL APPEAR ON YOUR NEXT STATEMENT