UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G31000 NORTH AMERICA INC., ALLEN
GLUCK, and ALEXIS DALI,

        Plaintiffs,

-against-

CHRISTOPHER M. PARIS, and OXEBRIDGE
QUALITY RESOURCES' INTERNATIONAL, LLC.,

        Defendants.

> 14-cv-3885
> Verified Statement of
> Collaborating Reasonable
> Attorney's Fees

## VERIFIED STATEMENT OF COLLABORATING REASONABLE ATTORNEY'S FEES

I, Leighanne C. Boone, Esquire, verify on oath under penalties of perjury, and say that I am a member of the Florida Bar and the U.S. District Court for the Northern District of Florida, actively engaged in the practice of law in Leon County, Florida; that I have represented parties in cases similar to the present case, and am familiar with fees charged by attorneys in such matters; that I have examined the file and the billing records of William R. Wohlsifer, PA, attorney for Defendants, in the above styled case; and that I am familiar with and have taken into consideration the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and in my opinion a fee of **$8,766.25** is a reasonable fee for the hours expended by the attorney in said cause.

                    *Leighanne Boone*

Leighanne C. Boone, Esquire
Fla. Bar No: 107308
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
Fax: (866)829-8174
E-Mail: william@wohlsifer.com



DEFENDANT'S EXHIBIT C